APPEAL No. 77-24. VIRGINIA D. MARKHAM *et ux. v.* THOMAS BARRY *et al.* Treating the letter of counsel for the defendants, Penn Transportation Corp. and Terry Miller, as a motion to file a brief in excess of 50 pages, the motion is granted. Bevilacqua, C.J. not participating. *Bradford Gorham,* for plaintiffs. *Hinkley Allen, Salisbury & Parsons, Thomas D. Gidley,* for Salvatore Azzoli. *Francis A. Kelleher, James H. Reilly,* for

Richard Serra and Lillian Serra. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for Cross Transportation, Inc., and All-state Insurance Company. *Martin M. Zucker,* for Terry Miller and Penn Transportation Corp., defendants.